Form plncf13 − ntccnfpln13v27

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 22−14012−JNP
Chapter: 13
Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   William Council
   15 High Meadows Drive
   Sicklerville, NJ 08081

Social Security No.:
   xxx−xx−6359

Employer's Tax I.D. No.:

## NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN

   NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on July 21, 2022.

Dated: July 21, 2022
JAN: har

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 22-14012-JNP |
| William Council | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 1 of 3 |
| Date Rcvd: Jul 21, 2022 | Form ID: plncf13 | Total Noticed: 46 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 23, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | William Council, 15 High Meadows Drive, Sicklerville, NJ 08081-1975 |
| 519583801 | | Goldman Sachs And Co, Goldman Sachs Bank Usa, Philadelphia, PA 19176 |
| 519664073 | + | HSBC Bank USA, N.A., 2929 Walden Ave C9, Attn: Business Services, Depew, NY 14043-2690 |
| 519640534 | + | TD Bank, N.A., PO BOX 1931, Burlingame, CA 94011-1931 |
| 519583816 | + | Theresa L Council, 5 N 4th Street, Pleasantville, NJ 08232-2605 |
| 519583818 | + | US Attorney General, US Department of Justice, 950 Pennsylvania Avenue, Washington, DC 20530-0009 |
| 519583819 | + | US Attorney's Office, 7th Floor, 970 Broad Street, Newark, NJ 07102-2527 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jul 21 2022 20:40:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jul 21 2022 20:40:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519641517 | | Email/PDF: bncnotices@becket-lee.com | Jul 21 2022 20:46:01 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 519583792 | + | Email/PDF: bncnotices@becket-lee.com | Jul 21 2022 20:46:04 | Amex, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 519583793 | + | Email/Text: BarclaysBankDelaware@tsico.com | Jul 21 2022 20:40:00 | Barclays Bank Delaware, Attn: Bankruptcy, Po Box 8801, Wilmington, DE 19899-8801 |
| 519583794 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jul 21 2022 20:46:23 | Capital One, Attn: Bankruptcy, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 519645875 | + | Email/PDF: ebn_ais@aisinfo.com | Jul 21 2022 20:46:26 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519645876 | + | Email/PDF: ebn_ais@aisinfo.com | Jul 21 2022 20:46:16 | Capital One N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519583796 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 21 2022 20:46:18 | Citibank, Attn: Bankruptcy, P.O. Box 790034, St Louis, MO 63179-0034 |
| 519583797 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 21 2022 20:46:07 | Citibank North America, Citibank SD MC 425, 5800 South Corp Place, Sioux Falls, SD 57108 |
| 519583798 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 21 2022 20:46:28 | Citibank North America, Attn: Recovery/Centralized Bankruptcy, Po Box 790034, St Louis, MO 63179-0034 |
| 519661933 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 21 2022 20:46:07 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 519583799 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Jul 21 2022 20:46:09 | Cws/cw Nexus, Attn: Card Services, Po Box 9201, |

Case 22-14012-JNP    Doc 21    Filed 07/23/22    Entered 07/24/22 00:13:54    Desc Imaged
Certificate of Notice    Page 3 of 4

| District/off: 0312-1 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jul 21, 2022 | Form ID: plncf13 | Total Noticed: 46 |

| | | | | |
|---|---|---|---|---|
| | | | | Old Bethpage, NY 11804-9001 |
| 519620990 | | Email/Text: mrdiscen@discover.com | Jul 21 2022 20:39:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 519583800 | + | Email/Text: mrdiscen@discover.com | Jul 21 2022 20:39:00 | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 519583802 | + | Email/Text: BNCNOTICES@noexternalmail.hsbc.com | Jul 21 2022 20:39:00 | Hsbc Bank, Attn: Bankruptcy, Po Box 2013, Buffalo, NY 14240-2013 |
| 519583803 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Jul 21 2022 20:40:00 | IRS, PO Box 7346, Philadelphia, PA 19101-7346 |
| 519583795 | | Email/PDF: ais.chase.ebn@aisinfo.com | Jul 21 2022 20:46:22 | Chase Card Services, Attn: Bankruptcy, P.O. 15298, Wilmington, DE 19850 |
| 519633132 | + | Email/Text: JPMCBKnotices@nationalbankruptcy.com | Jul 21 2022 20:40:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 519658412 | | Email/PDF: resurgentbknotifications@resurgent.com | Jul 21 2022 20:46:17 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 519583804 | | Email/Text: camanagement@mtb.com | Jul 21 2022 20:40:00 | M & T Bank, Attn: Bankruptcy, Po Box 844, Buffalo, NY 14240 |
| 519638071 | | Email/Text: camanagement@mtb.com | Jul 21 2022 20:40:00 | M&T Bank, P.O. Box 840, Buffalo, NY 14240-0840 |
| 519637076 | | Email/Text: camanagement@mtb.com | Jul 21 2022 20:40:00 | M&T Bank, PO Box 1508, Buffalo NY 14240-1508 |
| 519634175 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Jul 21 2022 20:46:11 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 519658889 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jul 21 2022 20:46:18 | Portfolio Recovery Associates, LLC, c/o BARCLAYS BANK DELAWARE, POB 41067, Norfolk, VA 23541 |
| 519583805 | ^ | MEBN | Jul 21 2022 20:36:32 | Prosper Funding LLC, 221 Main Street, Suite 300, San Francisco, CA 94105-1909 |
| 519583806 | + | Email/Text: DeftBkr@santander.us | Jul 21 2022 20:40:00 | Santander Bank, Attn: Bankruptcy, 10-64-38-Fd7 601 Penn St, Reading, PA 19601-3563 |
| 519584513 | + | Email/PDF: gecsedi@recoverycorp.com | Jul 21 2022 20:46:24 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 519583807 | + | Email/PDF: gecsedi@recoverycorp.com | Jul 21 2022 20:46:03 | Synchrony Bank/Amazon, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 519583808 | + | Email/PDF: gecsedi@recoverycorp.com | Jul 21 2022 20:46:03 | Synchrony Bank/Gap, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 519583809 | + | Email/PDF: gecsedi@recoverycorp.com | Jul 21 2022 20:46:12 | Synchrony Bank/Lowes, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 519583810 | + | Email/PDF: gecsedi@recoverycorp.com | Jul 21 2022 20:46:02 | Synchrony Bank/QVC, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 519583811 | + | Email/PDF: gecsedi@recoverycorp.com | Jul 21 2022 20:46:04 | Synchrony Bank/Sams Club, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 519583812 | + | Email/PDF: gecsedi@recoverycorp.com | Jul 21 2022 20:46:02 | Synchrony Bank/ShopNBC, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 519583813 | + | Email/PDF: gecsedi@recoverycorp.com | Jul 21 2022 20:46:02 | Synchrony/HSN, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 519583814 | + | Email/PDF: gecsedi@recoverycorp.com | Jul 21 2022 20:46:11 | Synchrony/PayPal Credit, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 519583815 | | Email/Text: bankruptcy@td.com | Jul 21 2022 20:40:00 | TD Bank, N.A., Attn: Bankruptcy, 32 Chestnut Street Po Box 1377, Lewiston, ME 04243 |

Case 22-14012-JNP    Doc 21    Filed 07/23/22    Entered 07/24/22 00:13:54    Desc Imaged
Certificate of Notice    Page 4 of 4

| District/off: 0312-1 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Jul 21, 2022 | Form ID: plncf13 | Total Noticed: 46 |

| 519583818 | ^ MEBN | | Jul 21 2022 20:36:46 | US Attorney General, US Department of Justice, 950 Pennsylvania Avenue, Washington, DC 20530-0009 |
| 519583817 | + Email/Text: LCI@upstart.com | | Jul 21 2022 20:40:00 | Upstart Finance, Attn: Bankruptcy, Po Box 1503, San Carlos, CA 94070-7503 |
| 519583820 | + Email/PDF: gecsedi@recoverycorp.com | | Jul 21 2022 20:46:12 | Walmart, PO Box 981400, El Paso, TX 79998-1400 |

TOTAL: 40

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519641520 | * | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 519641525 | * | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 23, 2022         Signature:     /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 21, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor M&T BANK dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Isabel C. Balboa | ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| Joseph J. Rogers | on behalf of Debtor William Council jjresq@comcast.net jjrogers0507@gmail.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 4