Printed on: 01/02/2024  
ANDREW B. FINBERG [*ICB-99001-00*]

Page 1 of 2

# IN THE UNITED STATES BANKRUPTCY COURT FOR
# THE DISTRICT OF NEW JERSEY

## TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS
Case Number: 22-14012 (JNP)

William Council  
15 High Meadows Drive  
Sicklerville, NJ  08081

Monthly Payment: $600.00  
Payments / Month: 1  
Current Trustee Comp.: 9.60%

**For the period of 01/01/2023 to 12/31/2023**  
**The following are receipts posted in this case within the above dates:**

| Date | Amount | Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|---|---|
| 01/05/2023 | $600.00 | 02/03/2023 | $600.00 | 03/03/2023 | $600.00 | 04/10/2023 | $600.00 |
| 05/03/2023 | $600.00 | 06/06/2023 | $600.00 | 07/07/2023 | $600.00 | 08/09/2023 | $600.00 |
| 09/06/2023 | $600.00 | 10/03/2023 | $600.00 | 11/07/2023 | $600.00 | 12/05/2023 | $600.00 |

**The following are the creditors who are set up to be paid through this plan:**

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|---|---|---|---|---|---|---|
| 0 | WILLIAM COUNCIL | 5 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0 | BARBARA J. SNAVELY, ESQUIRE | 13 | $4,190.00 | $4,190.00 | $0.00 | $894.80 |
| 1 | AMERICAN EXPRESS | 33 | $2,812.53 | $0.00 | $2,812.53 | $0.00 |
| 2 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 33 | $6,822.50 | $0.00 | $6,822.50 | $0.00 |
| 3 | CAPITAL ONE, N.A. | 33 | $777.46 | $0.00 | $777.46 | $0.00 |
| 4 | JPMORGAN CHASE BANK, N.A. | 33 | $2,032.84 | $0.00 | $2,032.84 | $0.00 |
| 5 | LVNV FUNDING, LLC | 33 | $5,895.03 | $0.00 | $5,895.03 | $0.00 |
| 6 | LVNV FUNDING, LLC | 33 | $2,040.74 | $0.00 | $2,040.74 | $0.00 |
| 7 | CITIBANK, N.A. | 33 | $1,019.22 | $0.00 | $1,019.22 | $0.00 |
| 8 | CWS/CW NEXUS | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 9 | DISCOVER BANK | 33 | $10,253.67 | $0.00 | $10,253.67 | $0.00 |
| 10 | GOLDMAN SACHS AND CO | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 11 | HSBC BANK USA, N.A. | 33 | $3,331.01 | $0.00 | $3,331.01 | $0.00 |
| 12 | DEPARTMENT OF THE TREASURY | 28 | $4,758.66 | $4,349.65 | $409.01 | $4,349.65 |
| 13 | M & T BANK | 24 | $1,270.35 | $1,270.35 | $0.00 | $1,270.35 |
| 14 | LVNV FUNDING, LLC | 33 | $31,960.43 | $0.00 | $31,960.43 | $0.00 |
| 15 | SANTANDER BANK | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 16 | LVNV FUNDING, LLC | 33 | $685.73 | $0.00 | $685.73 | $0.00 |
| 17 | LVNV FUNDING, LLC | 33 | $5,113.45 | $0.00 | $5,113.45 | $0.00 |
| 18 | LVNV FUNDING, LLC | 33 | $3,915.09 | $0.00 | $3,915.09 | $0.00 |
| 19 | LVNV FUNDING, LLC | 33 | $2,733.26 | $0.00 | $2,733.26 | $0.00 |
| 20 | LVNV FUNDING, LLC | 33 | $3,194.32 | $0.00 | $3,194.32 | $0.00 |
| 21 | LVNV FUNDING, LLC | 33 | $5,669.96 | $0.00 | $5,669.96 | $0.00 |
| 22 | LVNV FUNDING, LLC | 33 | $2,594.68 | $0.00 | $2,594.68 | $0.00 |
| 23 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 33 | $2,388.18 | $0.00 | $2,388.18 | $0.00 |
| 24 | TD BANK, N.A. | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 25 | THERESA L COUNCIL | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 26 | U.S. TRUSTEE | 0 | $0.00 | $0.00 | $0.00 | $0.00 |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|---|---|---|---|---|---|---|
| 27 | US ATTORNEY GENERAL | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 28 | US ATTORNEY'S OFFICE | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 29 | UPSTART NETWORK, INC. | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 30 | CAPITAL ONE, N.A. | 33 | $10,007.54 | $0.00 | $10,007.54 | $0.00 |
| 31 | ISABEL C. BALBOA | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 32 | JOSEPH J. ROGERS | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 33 | M & T BANK | 33 | $12,977.60 | $0.00 | $12,977.60 | $0.00 |
| 34 | TD BANK, N.A. | 33 | $3,638.03 | $0.00 | $3,638.03 | $0.00 |
| 35 | DEPARTMENT OF THE TREASURY | 33 | $69.42 | $0.00 | $69.42 | $0.00 |
| 36 | MERRICK BANK | 33 | $2,188.42 | $0.00 | $2,188.42 | $0.00 |
| 37 | AMERICAN EXPRESS | 33 | $557.42 | $0.00 | $557.42 | $0.00 |
| 38 | AMERICAN EXPRESS | 33 | $445.17 | $0.00 | $445.17 | $0.00 |
| 39 | CAPITAL ONE, N.A. | 33 | $4,579.20 | $0.00 | $4,579.20 | $0.00 |
| 40 | CITIBANK, N.A. | 33 | $3,020.68 | $0.00 | $3,020.68 | $0.00 |
| 41 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 33 | $1,740.57 | $0.00 | $1,740.57 | $0.00 |

**Case Steps**

| Start Date | No. Months | Payment |
|---|---|---|
| 06/01/2022 | 60.00 | $600.00 |
| 06/01/2027 | Projected end of plan | |

| | |
|---|---|
| Total payments received this period: | $7,200.00 |
| Total paid to creditors this period: | $6,514.80 |
| Undistributed Funds on Hand: | $542.40 |
| Arrearages: | $600.00 |
| Attorney: | BARBARA J. SNAVELY, ESQUIRE |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**