Printed on: 12/31/2024  
ANDREW B. FINBERG [*ICB-99001-00*]

Page 1 of 2

# IN THE UNITED STATES BANKRUPTCY COURT FOR
# THE DISTRICT OF NEW JERSEY

## TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS
Case Number: 22-14012 (JNP)

William Council  
15 High Meadows Drive  
Sicklerville, NJ  08081

Monthly Payment: $600.00  
Payments / Month: 1  
Current Trustee Comp.: 10.00%

**For the period of 01/01/2024 to 12/31/2024**  
**The following are receipts posted in this case within the above dates:**

| Date | Amount | Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|---|---|
| 01/04/2024 | $600.00 | 02/02/2024 | $600.00 | 03/04/2024 | $600.00 | 04/05/2024 | $600.00 |
| 05/16/2024 | $600.00 | 06/07/2024 | $600.00 | 07/10/2024 | $600.00 | 08/05/2024 | $600.00 |
| 09/09/2024 | $600.00 | 10/04/2024 | $600.00 | 10/31/2024 | $600.00 | 12/03/2024 | $600.00 |
| 12/31/2024 | $600.00 | | | | | | |

**The following are the creditors who are set up to be paid through this plan:**

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|---|---|---|---|---|---|---|
| 0 | WILLIAM COUNCIL | 5 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0 | BARBARA J. SNAVELY, ESQUIRE | 13 | $4,190.00 | $4,190.00 | $0.00 | $894.80 |
| 1 | AMERICAN EXPRESS | 33 | $2,812.53 | $129.06 | $2,683.47 | $0.00 |
| 2 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 33 | $6,822.50 | $313.06 | $6,509.44 | $0.00 |
| 3 | CAPITAL ONE, N.A. | 33 | $777.46 | $35.67 | $741.79 | $0.00 |
| 4 | JPMORGAN CHASE BANK, N.A. | 33 | $2,032.84 | $93.28 | $1,939.56 | $0.00 |
| 5 | LVNV FUNDING, LLC | 33 | $5,895.03 | $270.50 | $5,624.53 | $0.00 |
| 6 | LVNV FUNDING, LLC | 33 | $2,040.74 | $93.64 | $1,947.10 | $0.00 |
| 7 | CITIBANK, N.A. | 33 | $1,019.22 | $46.76 | $972.46 | $0.00 |
| 8 | CWS/CW NEXUS | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 9 | DISCOVER BANK | 33 | $10,253.67 | $470.50 | $9,783.17 | $0.00 |
| 10 | GOLDMAN SACHS AND CO | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 11 | CARDWORKS SERVICING, LLC | 33 | $3,331.01 | $152.84 | $3,178.17 | $0.00 |
| 12 | DEPARTMENT OF THE TREASURY | 28 | $4,758.66 | $4,758.66 | $0.00 | $4,349.65 |
| 13 | M & T BANK | 24 | $1,270.35 | $1,270.35 | $0.00 | $1,270.35 |
| 14 | LVNV FUNDING, LLC | 33 | $31,960.43 | $1,466.53 | $30,493.90 | $0.00 |
| 15 | SANTANDER BANK | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 16 | LVNV FUNDING, LLC | 33 | $685.73 | $31.47 | $654.26 | $0.00 |
| 17 | LVNV FUNDING, LLC | 33 | $5,113.45 | $234.63 | $4,878.82 | $0.00 |
| 18 | LVNV FUNDING, LLC | 33 | $3,915.09 | $179.65 | $3,735.44 | $0.00 |
| 19 | LVNV FUNDING, LLC | 33 | $2,733.26 | $125.41 | $2,607.85 | $0.00 |
| 20 | LVNV FUNDING, LLC | 33 | $3,194.32 | $146.58 | $3,047.74 | $0.00 |
| 21 | LVNV FUNDING, LLC | 33 | $5,669.96 | $260.17 | $5,409.79 | $0.00 |
| 22 | LVNV FUNDING, LLC | 33 | $2,594.68 | $119.06 | $2,475.62 | $0.00 |
| 23 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 33 | $2,388.18 | $109.58 | $2,278.60 | $0.00 |
| 24 | TD BANK, N.A. | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 25 | THERESA L COUNCIL | 0 | $0.00 | $0.00 | $0.00 | $0.00 |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|---|---|---|---|---|---|---|
| 26 | U.S. TRUSTEE | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 27 | US ATTORNEY GENERAL | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 28 | US ATTORNEY'S OFFICE | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 29 | UPSTART NETWORK, INC. | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 30 | CAPITAL ONE, N.A. | 33 | $10,007.54 | $459.21 | $9,548.33 | $0.00 |
| 31 | ISABEL C. BALBOA | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 32 | JOSEPH J. ROGERS | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 33 | M & T BANK | 33 | $12,977.60 | $595.48 | $12,382.12 | $0.00 |
| 34 | TD BANK, N.A. | 33 | $3,638.03 | $166.93 | $3,471.10 | $0.00 |
| 35 | DEPARTMENT OF THE TREASURY | 33 | $69.42 | $3.18 | $66.24 | $0.00 |
| 36 | MERRICK BANK | 33 | $2,188.42 | $100.42 | $2,088.00 | $0.00 |
| 37 | AMERICAN EXPRESS | 33 | $557.42 | $25.58 | $531.84 | $0.00 |
| 38 | AMERICAN EXPRESS | 33 | $445.17 | $20.43 | $424.74 | $0.00 |
| 39 | CAPITAL ONE, N.A. | 33 | $4,579.20 | $210.12 | $4,369.08 | $0.00 |
| 40 | CITIBANK, N.A. | 33 | $3,020.68 | $138.60 | $2,882.08 | $0.00 |
| 41 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 33 | $1,740.57 | $79.87 | $1,660.70 | $0.00 |

**Case Steps**

| Start Date | No. Months | Payment |
|---|---|---|
| 06/01/2022 | 60.00 | $600.00 |
| 06/01/2027 | Projected end of plan | |

| | |
|---|---|
| Total payments received this period: | $7,800.00 |
| Total paid to creditors this period: | $6,514.80 |
| Undistributed Funds on Hand: | $1,080.00 |
| Arrearages: | ($600.00) |
| Attorney: | BARBARA J. SNAVELY, ESQUIRE |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**